## Coleman, Appellant, *v.* Pennsylvania Railroad Company.

Argued June 10, 1970. *Gordon Gelfond* and *Robert R. Artz,* with them *Freedman, Borowsky & Lorry,* for appellants; *Joseph J. Murphy,* with him *Robert J. Murphy,* and *Murphy, Veldorale, Weisbord & Dougherty,* for appellee.

Order affirmed.